*E-filed on*  6/18/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAY RAKHRA and AARON JAY RAKHRA,<br><br>    Plaintiffs,<br><br>    v.<br><br>CAPITAL GAMES, INC. and ANTHONY EMMINO,<br><br>    Defendant. | No. C-93-20940 RMW<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR REFUND OF FILING FEES AND PROCESS SERVER FEES<br><br>**[Re Docket No. 15]** |
| KAY RAKHRA and AARON JAY RAKHRA,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANTHONY EMMINO,<br><br>    Defendant. | No. C-95-20592 RMW<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR REFUND OF FILING FEES AND PROCESS SERVER FEES<br><br>**[Re Docket No. 15]** |

Plaintiff Aaron Rakhra requests a refund of all filing and process server in the above-captioned cases. He states that he is entitled to such a refund because the court set aside the default

ORDER DENYING PLAINTIFF'S REQUEST FOR REFUND OF FILING FEES AND PROCESS SERVER FEES—No. C-93-20940 RMW
MAG

**United States District Court**
**For the Northern District of California**

1  judgment against Anthony Emmino in the 93-20940 action, which, according to Rakhra, made the
2  subsequent 95-20592 action unnecessary. The court denies Rakhra's request. It was Rakhra's choice
3  to file suit and the court is not authorized to provide refunds for unsuccessful outcomes.

6  DATED:    6/18/07

    /s/ Ronald M. Whyte
    RONALD M. WHYTE
    United States District Judge

ORDER DENYING PLAINTIFF'S REQUEST FOR REFUND OF FILING FEES AND PROCESS SERVER FEES—No. C-93-20940 RMW
MAG                                                                                    2

**A copy of this order was mailed on** _____6/18/07_____ **to:**

**Plaintiffs:**

Aaron and Kay Rakhra
16022 Rose Avenue
Monte Sereno, CA 95030

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.